AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Items Recovered for the search c
Washington, DC on March 6, 2007, including,
Sony Laptop, serial #
Gateway Laptop, serial #
Midwest Computer Tower, Serial #
Data storage devices, including a compact pocket CD, cellular
telephone, floppy discs and CD-ROMS

**SEARCH WARRANT**

CASE NUMBER: 07-292-M-01

TO: __RYAN PETRASEK__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT RYAN PETRASEK__ who has reason to believe

that on the following items which were recovered from the search of the premises of                    n March
6, 2007, including a Sony Laptop, serial number            Gateway Laptop, serial number
a Midwest computer tower, serial number          Data storage devices, including a compact pocket
personal computer, cellular telephones, floppy discs and CD-ROMS, including the CD-ROM found in a black
computer laptop bag on which the front of the counterfeit $100.00 bill was found, which items are now located at the
offices of the U.S. Secret Service, located at 1100 L St NW, Washington, DC 20223.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____June 24, 2007____
                                                          (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__JUN 1 4 2007__                            at Washington, D.C.
Date and Time Issued
__JOHN M. FACCIOLA__
__U.S. MAGISTRATE JUDGE__                  _/s/ John M. Facciola_
Name and Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/14/07 | 6/24/07 0900 | |

**INVENTORY MADE IN THE PRESENCE OF** S/A Kopeck, Stephen

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

The following items were searched:

Sony laptop sn:
Gateway laptop sn:
Midwest computer tower:
5 - Diskettes
34 - CD's
1 - Compact personal pocket computer
1 - Sandisk memory stick

**FILED**

JUL 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     7/3/07
U.S. Judge or U.S. Magistrate Judge     Date